CHARLES W. RUSSELL, Appellant, *v.* BOARD OF EDUCATION OF UNION FREE SCHOOL, DISTRICT No. 2, TOWN OF GEDDES, ONONDAGA COUNTY, Respondent.

Submitted November 14, 1949; decided November 23, 1949.

*William B. Mangin* for motion to dismiss and in opposition to cross motion for leave to prosecute as a poor person.

*Helen McCarthy Rivette* in support of cross motion and in opposition to motion to dismiss.

Motion granted, and appeal dismissed, unless within ten days appellant files and serves all required papers and pays $10 costs of motion, in which event motion denied. Appellant's cross motion for leave to proceed upon typewritten papers granted.